UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL NO. 3:08CV1106** |
| v. | ) | |
| | ) | **JUDGE NIXON** |
| **2000 Chevrolet Express Van,** | ) | |
| **VIN: 1GAHG39RSY1219584;** | ) | |
| **2001 Dodge Ram Van,** | ) | |
| **VIN 2B5WB35ZXIK522690;** | ) | |
| **$24,107.00 United States Currency;** | ) | |
| **$157.00 United States Currency; and** | ) | |
| **$45,274.00 United States Currency,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY OF DEFAULT

It appearing that the Verified Complaint *In Rem* was filed in this case on November 17, 2008, that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the Defendant Property on December 4, 2008; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon Nicklas F. Davis, c/o Chef Wang's Restaurant, Yan "Stanley" Wang, and their attorneys, Jonathan P. Farmer on November 25, 2008; Kong Xiang Wang, Resident Agent for Kong Chef Wang, Inc., Mei Fang Liang, Resident Agent for Chef Wang's Food, Inc. and ICS Law Group, Resident Agent for Chef Wang's Buffet, Inc., on April 15, 2009; and that publication of the Notice of Judicial Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on November 20, 2008 and ending on December 19, 2008; and although Yan "Stanley" Wang and Nicklas F. Davis did file Verified Claims, Nicklas F. Davis withdrew his claim on September 28, 2009 and Yan "Stanley" Wang agreed to forfeiture via a Consent Order entered in his

parallel criminal case filed in the Middle District of Tennessee under *United States v. Yan Zhong Wang a/k/a Stanley Wang*, Case Number 3:08-00168 and that no other person or entity has made a Verified Claim to the defendant property or otherwise appeared in this action;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to Nicklas F. Davis, Yan "Stanley" Wang, Kong Chef Wang, Inc., Chef Wang's Food, Inc., Chef Wang's Buffet, Inc. and all persons and entities who may have an interest in Defendant Property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this 5th day of March, 2010.

> KEITH THROCKMORTON, CLERK
> UNITED STATES DISTRICT COURT
> MIDDLE DISTRICT OF TENNESSEE
>
> *s/ Keith Throckmorton*
> _____
> Clerk